IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM LENIUS,

    Plaintiff,

v.

RICK HARRINGTON,

    Defendant.                                 No. 11-cv-717-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 29) entered on March 24, 2014, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this case is **DISMISSED with prejudice**.

                                             NANCY J. ROSENSTENGEL,
                                             CLERK OF COURT

                                             BY:   s/*Sara Jennings*
                                                      **Deputy Clerk**

**DATED:** March 24, 2014

Digitally signed by David R. Herndon
Date: 2014.03.24 16:34:05 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**